**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**JAMIE SHAWN MCCALL, ADC # 610019**                                              **PLAINTIFF**

**VS.**                                 **NO. 4:14CV00334-BRW-JJV**

**ANDY SHOCK, Sheriff, Faulkner County**                                           **DEFENDANT**

**ORDER**

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe and Plaintiff's objections. After considering Plaintiff's objections to the RD, response to the Motion for Summary Judgment, and objections to Defendant's Material Facts Not in Dispute,[1] and making a *de novo* review of the record, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that:

1. The Clerk of Court should change the docket to show that Defendant Shock is appropriately Defendant "Andy Shock";

2. Defendant's Motion for Summary Judgment (Doc. No. 19) is GRANTED;

3. Plaintiff's claims against Defendant Shock are DISMISSED with prejudice;

4. Plaintiff's Motion to Amend Response (Doc. No. 31) is DENIED;

5. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.

SO ORDERED this <u>1st</u> day of April, 2015.

/s/ Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 26.